AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Rural Roots, et al<br>*Plaintiff*<br>v.<br>Graham, et al<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-1141-AHA |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rural Roots Louisiana, Mount Triumph Baptist Church, Pastor Harry Joseph .

Date: 08/05/2026

s/ Jennifer Duggan
*Attorney's signature*

Jennifer Duggan, DC Bar No. 978352
*Printed name and bar number*

Environmental Integrity Project
888 17th Street NW, Suite 810
Washington, DC 20006
*Address*

jduggan@environmentalintegrity.org
*E-mail address*

(202) 263-4441
*Telephone number*

(202) 296-8822
*FAX number*