**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RURAL ROOTS LOUISIANA, *et al.*,

*Plaintiffs*,

v.

WILLIAM H. GRAHAM, JR., in his official capacity as Commanding General of the U.S. Army Corps of Engineers, *et al.*,

*Defendants*.

Case No. 1:26-cv-01141

Hon. Amir H. Ali

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Rule 83.6 of the Local Rules of the United States District Court for the District of Columbia, Celine Zhu respectfully provides notice of her withdrawal as counsel for Plaintiffs Rural Roots Louisiana, Pastor Harry Joseph, and Mount Triumph Baptist Church because Mr. Zhu will soon be departing from the Center for Constitutional Rights. Her withdrawal will cause no delay or prejudice, as Plaintiff will continue to be represented by Sanghyun Lee, Jennifer Duggan, and Lauren Grady from the Environmental Integrity Project, and Astha Sharma Pokharel, Kayla Vinson, and Pamela C. Spees from the Center for Constitutional Rights, who have all entered appearances in the above-captioned case.

Respectfully submitted this 7th day of August 2026.

*/s/ Celine Zhu*
Celine Zhu*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Tel. (212) 614-6493
czhu@ccrjustice.org

**Admitted Pro Hac Vice*

*Withdrawing Attorney for Plaintiff*